**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANGEL COCHRANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:09CV0162HEA |
| | ) | |
| AMERICAN SECURITY INSURANCE, ET AL, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On June 4, 2010, plaintiff Angel Cochrane filed a Motion For Order of Dismiss [Doc. No. 21], indicating defendants New York Life Insurance Company and Reliance Standard Life Insurance Company did not object to the relief sought and attached a stipulation for dismissal without prejudice by both defendants. Defendant Monumental Life Insurance Company, however, did not execute a stipulation of dismissal and currently has a Motion for Summary Judgment [Doc. No. 17] pending before the Court. Plaintiff has failed to timely reply to the Motion for Summary Judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the Order of Dismissal in relation to defendant Monumental Life Insurance Company is **VACATED**.

**IT IS FURTHER ORDERED** that the Order of Dismissal issued on June 7, 2010 remains in effect as to defendants New York Life Insurance Company and Reliance Standard Life Insurance Company.

**IT IS FURTHER ORDERED** that plaintiff Angel Cochrane is allowed five (5) days to show cause in writing why defendant Monumental Life Insurance Company's Motion for Summary Judgment should not be granted.

Dated this 8th day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE